IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-00187-05-CR-W-NKL |
| | ) | |
| TONY EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant has appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72(j)(26), and 28 U.S.C. § 636, and has entered a plea of guilty to Counts 1 and 3 of the Indictment. I determined that the guilty pleas are knowledgeable and voluntary and that the offenses charged is supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript is available. I therefore recommend that the pleas of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

                                                            s/ SARAH W. HAYS
                                                            **SARAH W. HAYS**
                                                            **United States Magistrate Judge**

Dated: July 29, 2008